Anker S. LYHNE, Appellant, v. SAGAMOR METAL GOODS CORPORATION, Appellee.

No. 31.

Circuit Court of Appeals, Second Circuit.

Nov. 3, 1930.

Julian S. Wooster and Donald Malcolm, both of New York City, for appellant.

Frank J. Kent and Charles F. Chisholm, both of New York City, for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

For opinion below, see 45 F.(2d) 803.

PER CURIAM.

Decree affirmed.